IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROOSEVELT GORDON, JR.                                        PLAINTIFF

V.                          NO. 3:11-cv-00016 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                        DEFENDANT

ORDER

On January 21, 2011, the Clerk filed a complaint in *Roosevelt Gordon, Jr. v. SSA*, 3:11-cv-00016 JWC. On February 4, 2011, the Clerk filed *Roosevelt Gordon, Jr. v. SSA*, 3:11-cv-00029 HDY.[1] The complaints are identical except that the later filing includes the sentence, "On January 25, 2011, the Appeals Council issues a second decision vacating their January 4, 2011, decision."

It appears that the cases should be consolidated. The parties are directed to inform the Court no later than February 22, 2011, whether there is any reason these cases should not be consolidated.

IT IS SO ORDERED this 8th day of February, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Plaintiff has consented to the jurisdiction of the Magistrate Judge in both cases. Defendant has been served, but has not yet responded. However, it has been the SSA's practice to consent in all cases.