IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROOSEVELT GORDON, JR.                                                                                   PLAINTIFF

V.                                      NO.  3:11-cv-00016 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                                  DEFENDANT

## ORDER

Pursuant to the Court's order of February 8, 2011 (doc. 6), Plaintiff has filed an unopposed motion to consolidate this case with Case No. 3:11-cv-00029 HDY.  The motion (doc. 8) is granted.  The Clerk is directed to consolidate these two cases, with Case No. 3:11-cv-00016 JWC designated as the lead case.

IT IS SO ORDERED this 22nd day of February, 2011.


_____
UNITED STATES MAGISTRATE JUDGE