```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                    JONESBORO DIVISION
```

ROOSEVELT GORDON, JR.                                    PLAINTIFF

V.                    CASE NO. 3:11CV00016 JTK

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                           DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 31st day of January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE